707 A.2d 1331

**WOOD BROS. BUS COMPANY, LLC et al.,**

v.

**BOARD OF EDUCATION OF QUEEN ANNE'S COUNTY, Maryland.**

**No. 119, Sept. Term, 1997.**

Court of Appeals of Maryland.

April 8, 1998.

Stephen Z. Meehan (David C. Wright, Wright & Meehan, on brief), Chestertown, for appellants.

Thomas G. Ross (Ross & Powell, on brief), Centreville, for appellee.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER, and CATHELL, JJ.

### ORDER

PER CURIAM.

The Court having considered the briefs and oral argument of counsel in the above-captioned case, it is this 8th day of April, 1998

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Queen Anne's County be, and it is hereby, vacated, and the case is remanded to the Circuit Court for Queen Anne's County with directions to dismiss the action on the ground of mootness. Costs to be paid by the appellants.